IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:03CR489 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| LUIS ZULETA, | ) | |
| | ) | |
| Defendant. | ) | |

Luis Zuleta has submitted for filing paper copies of a document entitled "Memorandum in Support of Motion to Vacate, Set Aside, or Correct Sentence, Pursuant to Habeas Review § 2255." I will treat the document as a motion under 28 U.S.C. § 2255, will direct the Clerk of the United States District Court for the District of Nebraska to file the document as a section 2255 motion, and will hereafter undertake initial review of the section 2255 motion under Rule 4(b) of the Rules Governing Section 2255 Proceedings for the United States District Courts.

Accordingly,

IT IS ORDERED that the Clerk of the United States District Court for the District of Nebraska shall file the "Memorandum in Support of Motion to Vacate, Set Aside, or Correct Sentence, Pursuant to Habeas Review § 2255" as a section 2255 motion.

November 8, 2006             BY THE COURT:

*s/Richard G. Kopf*
United States District Judge