IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:03CR489 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| LUIS ZULETA, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the memorandum and order entered this date,

JUDGMENT is entered for the United States of America, and against the defendant, Luis Alfredo Luna-Munoz, providing that he shall take nothing, and his motion to vacate conviction (filing 113) is denied with prejudice.

December 18, 2006                BY THE COURT:

                                                 s/ *Richard G. Kopf*
                                                 United States District Judge