IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:03CR489 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| LUIS ZULETA, | ) | |
| | ) | |
| Defendant. | ) | |

The defendant has sent a letter dated May 7, 2007 to my chambers inquiring about the status of his section 2255 motion. I will direct the Clerk to file that letter. The court's computer-assisted record keeping system indicates that an order and judgment denying the 2255 motion were entered and electronically filed on December 18, 2006. (Filings 114, 115.) An entry was made in the court's computer-assisted record keeping system on that date indicating that notice of these filings would be delivered by other means to Mr. Zuleta at the address then on file for him–which is the same address given in Mr. Zuleta's recent letter. Though it appears that Mr. Zuleta was already sent copies of the December 18, 2006 order and judgment, I will direct the Clerk to mail copies of those documents and this order to Mr. Zuleta.

IT IS ORDERED:

1.      The Clerk shall file Mr. Zuleta's May 7, 2007 letter;

2.      The Clerk shall mail copies of the December 18, 2006 order and judgment (filings 114, 115) and this order to Mr. Zuleta to the address provided in Mr. Zuleta's May 7, 2007 letter, as set forth below:

> Luis Zuleta
> No. 18945-047
> McRae Facility
> P.O. Drawer 30
> McRae, GA 31055

May 16, 2007.                             BY THE COURT:

                                          *s/Richard G. Kopf*
                                          United States District Judge